UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE REYNO and DENNIS THORNTON, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE BANK FSB, et al., <br><br> Defendants. | Case No. <br> EDCV 13-00592 JGB(DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Calle Coral Investments, L.P., Maria Zeiler, Michael J. Ryan, and Michael Dyer are DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint. The Court orders that such judgment be entered.

Dated: May 21, 2013

                                           JESUS G. BERNAL
                                United States District Judge