UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE REYNO and DENNIS THORNTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE BANK FSB, et al.,<br><br>　　　　Defendants. | Case No.<br>EDCV 13-00592 JGB(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Countrywide Bank, FSB, Recontrust Company, N.A., Sgt. Denver Saucier, Deputy John Stenzel, and Deputy John Gealta are DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint.  The Court orders that such judgment be entered.

Dated: May 21, 2013

　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　United States District Judge