JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE REYNO and DENNIS THORNTON, | Case No. EDCV 13-00592 JGB(DTBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| COUNTRYWIDE BANK FSB, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Superior Court of California is DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint. The Court orders that such judgment be entered.

Dated: June 11, 2013

JESUS G. BERNAL
United States District Judge

JS-6